1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney, Tax Division
5  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
6  Telephone:    (408) 535-5040
   Facsimile:    (408) 535-5081
7  Email: michael.pitman@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 5:17-cr-00506-BLF |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| JOSE SANCHEZ FLORES, | |
| Defendant. | |

The Defendant Jose Sanchez Flores and the government, by and through undersigned counsel, appeared before the Court on June 12, 2018 at 9:00 AM for a status conference. The matter was continued to July 17, 2018 at 9:00 AM for a status conference. Counsel for the Defendant requested that time be excluded under the Speedy Trial Act between June 12, 2018 and July 17, 2018 in order to review discovery and conduct necessary investigation. The government has no objection.

Accordingly, Defendant and the United States hereby STIPULATE and AGREE that time under the Speedy Trial Act be excluded from June 12, 2018 and July 17, 2018 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow for effective preparation of counsel, taking into account the exercise of due diligence.

1  Respectfully submitted,

2                                          ALEX G. TSE
                                           Acting United States Attorney
3
                                           s/ Michael G. Pitman
4                                          MICHAEL G. PITMAN
                                           Assistant United States Attorney
5
                                           Attorneys for United States of America
6

7                                          s/ Natalie Nabizada
                                           NATALIE NELOFAR NABIZADA
8                                          The Litigation Law Group
                                           111 N Market St., Suite 1010
9                                          San Jose, CA 95113
                                           (949) 656-1530
10                                         Email: natalien@thellg.com

11                                         Attorney for Defendant Jose Sanchez Flores

12

13

14                              [PROPOSED] ORDER

15       Pursuant to the Stipulation of Defendant Jose Sanchez Flores and the United States, the

16  representations of counsel, and for good cause shown, the Court finds that failing to exclude the time

17  between June 12, 2018 and July 17, 2018 would unreasonably deny Defendant continuity of counsel and

18  would deny counsel the reasonable time necessary for effective preparation, taking into account the

19  exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of

20  justice served by excluding the time between June 12, 2018 and July 17, 2018 from computation under

21  the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

22  Therefore, IT IS HEREBY ORDERED that the time between June 12, 2018 and July 17, 2018 shall be

23  excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

24

25

26  DATED: _____            _____
                                            THE HONORABLE BETH LABSON FREEMAN
27                                          UNITED STATES DISTRICT JUDGE

28

STIPULATION AND [PROPOSED]                 2
ORDER EXCLUDING TIME
CASE NO. 5:17-CR-00506-BLF