LAWRENCE P. RAMIREZ (State Bar No. 141550)
LINDA KENY (State Bar No. 187013)
NATALIE NABIZADA (State Bar No. 319798)
THE LITIGATION LAW GROUP
111 NORTH MARKET STREET, SUITE 1010
SAN JOSE, CA 95113
PHONE (408) 971-1119   FAX (408) 971-1129
lpramirez@thellg.com
natalien@thellg.com

Attorneys for Defendant
JOSE SANCHEZ FLORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>v.<br><br>JOSE SANCHEZ FLORES<br><br>　　Defendant. | CASE NO: 5:17-CR-00506-BLF (N.D. CA.)<br><br>STIPULATION AND [PROPOSED] ORDER FOR A CHANGED CONDITION OF RELEASE ALLOWING NON-OVERNIGHT TRAVEL TO EASTERN DISTRICT OF CALIFORNIA<br><br>The Honorable Beth Labson Freeman |

The Defendant, Jose Sanchez Flores, and the United States of America, by and through undersigned counsel, hereby agree and stipulate to the following:

**WHEREAS,** defense counsel has represented that Defendant's work requires him to be on-site and travel regularly to the Eastern District to meet vendors, customers, and suppliers, which he is unable to do so due to the current travel restriction. Therefore, Defendant needs access to the Eastern District of California to conduct the necessary activities for basic operation and management of his business.

**WHEREAS,** defense counsel has communicated with Defendant's pretrial services officer, Diego Romero, and Mr. Romero has no objection to the necessary change of conditions.

**IT IS HEREBY STIPULATED** by Defendant, Jose Sanchez Flores, and the United States of America, by and through undersigned counsel that the Order Setting Conditions of Release and Appearance Bond will be modified to allow non-overnight travel to the Eastern District of California.

DATED: AUGUST 3, 2018

s/ *Natalie Nabizada*   s/ *Michael G. Pitman*
_____   _____
Lawrence Ramirez, Esq.   Michael G. Pitman (DCBN 484164)
Natalie Nabizada, Esq.   Assistant United States Attorney
Linda Keny, Esq.
Attorneys For ~~Plaintiff~~  Defendant

# [~~PROPOSED~~] ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Order Setting Conditions of Release and Appearance Bond (Dkt#8) restricting Defendant's travel will be modified so as to allow non-overnight travel to the Eastern District of California.

IT IS SO ORDERED.

Dated: __August 8, 2018__

GRANTED
Judge Nathanael M. Cousins

THE HONORABLE
UNITED STATES DISTRICT JUDGE