UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE SANCHEZ FLORES,<br><br>    Defendant. | Case No. 5:17-cr-00506-BLF<br><br>**[PROPOSED] ORDER RE: MOTION FOR TRIAL CONTINUANCE AND TO EXTEND PRETRIAL DEADLINES;**<br><br>Date: January 8, 2019<br>Time: 9:00 a.m.<br>Courtroom 3, 5th Floor<br>280 South First Street<br>San Jose, CA  95113<br>The Honorable Beth Labson Freeman |

### [PROPOSED] ORDER

Defendant's motion to continue the trial and extend pretrial deadlines was heard by this court on January 8th, 2019. For good cause shown and in the interests of justice, that motion is GRANTED as follows:

1. That all pretrial motions by either party be filed no later than _____.

2. That the Final Pretrial Conference, currently set for March 21, 2019, be continued to _____;

3. That Trial in this action, currently set for April 22, 2019 be continued to _____.

DATED: January __, 2019

                                                   THE HONORABLE BETH LABSON FREEMAN
                                                   UNITED STATES DISTRICT JUDGE