# CERTIFICATE OF SERVICE

**CASE NAME:** USA v. SANCHEZ

**CASE NUMBER:** UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION Case No. 5:17-cr-00506-BLF

I, the undersigned, declare as follows:

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my address is 111 North Market Street, Suite 1010, San Jose, California, 95113. On the date below, I served the foregoing documents described as:

- **Motion for Trial Continuance and Extension of Pretrial Deadlines with corrected Motion hearing date; Declaration of Linda Keny, Esq; Proposed Order**

on the following person(s) in this action:

Michael Pitman
Assistant United States Attorney, Tax Division
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5040
Email: michael.pitman@usdoj.gov

____ (VIA MAIL) I deposited such envelopes in the mail at San Jose, California. The envelopes were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  **X**   VIA electronic service through US District Court Northern District of California's Electronic Case Filing System ("ECF").

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Jose, California.

DATED: December 4, 2018                              ___*s/ Linda Keny*_____

                                                                          Linda Keny, Esq.

– 1 –