UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** January 8, 2019     **Time:** 9:50 – 10:00 A.M.     **Judge:** BETH LABSON FREEMAN

**Total Time:** 10 Minutes

**Case No.:** 5:17-cr-00506-BLF-1   **Case Name:** UNITED STATES v. Jose Sanchez Flores

**Attorney for Plaintiff: Michael Pitman**
**Attorney for Defendant: Linda Keny for Jose Sanchez Flores - P/NC**

**Deputy Clerk:** Tiffany Salinas-Harwell       **Court Reporter:** Summer Fisher
**Interpreter:** N/A                             **Probation Officer:** N/A

**PROCEEDINGS**

**STATUS CONFERENCE.**

**Status Conference regarding Trial Continuance held.**

**The Court Grants Request for Continuance of Trial Dates:**
**Last Day to Hear Summary Judgment Motions 7/18/2019 at 1:30 p.m.**
**Final Pretrial Conference 8/6/2019 at 1:30 p.m.**
**Jury Trial set 9/4/2019 at 9:00 a.m.**

**CASE CONTINUED TO: May 28, 2019 at 9:00 a.m. for Further Status.**

---

**EXCLUDABLE DELAY**
Category:  Effective Preparation of Counsel
Begins:  1/8/2019
Ends:  9/4/2019

---

///

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

                                                        **Courtroom Deputy**

                                                        **Original E-Filed**