ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:    (408) 535-5040
Facsimile:    (408) 535-5081
Email: michael.pitman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 5:17-cr-00506-BLF |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING TRIAL SCHEDULE AND EXCLUDING TIME |
| v. | |
| JOSE SANCHEZ FLORES, | |
| Defendant. | |

The Defendant Jose Sanchez Flores and the government, by and through undersigned counsel, appeared before the Court on January 8, 2019 for a hearing on Defendant's Motion to continue the trial dates set by the Court on November 20, 2018.  Defendant's Motion was granted, and the matter was set for trial on September 4, 2019 at 9:00 a.m.  Counsel for the Defendant requested that time be excluded under the Speedy Trial Act between January 8, 2019 and September 4, 2019 in order to review discovery and conduct necessary investigation.  The government has no objection.

Accordingly, Defendant and the United States hereby STIPULATE and AGREE that time under the Speedy Trial Act be excluded from January 8, 2019 and September 4, 2019 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow for effective preparation of counsel, taking into account the exercise of due diligence.

Respectfully submitted,

ALEX G. TSE
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney

Attorneys for United States of America

s/ Natalie Nabizada
NATALIE NELOFAR NABIZADA
The Litigation Law Group
111 N Market St., Suite 1010
San Jose, CA 95113
(949) 656-1530
Email: natalien@thellg.com

Attorney for Defendant Jose Sanchez Flores

[PROPOSED] ORDER

Pursuant to the Motion of Defendant Jose Sanchez Flores, and for good cause show, the trial schedule set by the Court on November 20, 2018 is hereby VACATED, and IT IS ORDERED the following schedule is hereby set:

Further Status Conference set for 5/28/2019 at 9:00 a.m.

Hearing on Pretrial Motions (except Motions in Limine) set for 7/18/2019 at 1:30 p.m.

Final Pretrial Conference set for 8/6/2019 at 1:30 p.m.

Jury Selection and Jury Trial set for 9/4/2019 at 9:00 a.m.

Additionally, pursuant to the Stipulation of Defendant Jose Sanchez Flores and the United States, the representations of counsel, and for good cause shown, the Court finds that failing to exclude the time between January 8, 2019 and September 4, 2019 would unreasonably deny Defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 8, 2019 and September 4, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS FURTHER ORDERED that the time between January 8, 2019 and

-
-

September 4, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _____

_____
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE